UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**AUSTIN TERRELL HENDERSON**         **CASE NO. 2:23-CV-01805 SEC P**

**VERSUS**                           **JUDGE JAMES D. CAIN, JR.**

**BRUCE CAZLELOT, ET AL**            **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted. **IT IS FURTHER ORDERED** that the Motion to Appoint Counsel [doc. 3] be **DNIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers this 16th day of October, 2024.

*[signature]*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**